# United States Court of Appeals
## For the First Circuit

No. 22-1380

UNITED STATES,

Appellee,

v.

JAYNE CARBONE,

Defendant, Appellant.

**AMENDED ERRATA SHEET**

This amended errata replaces the errata issued on August 22, 2024.

The opinion of this Court issued on August 1, 2024, is amended as follows:

On page 26, n.12, line 4, insert a semi-colon after "true" and before "he"

On page 28, line 11, replace "in" with "on"

On page 53, n.32, line 4, replace "Brown" with "Carbone"

On page 57, line 16, replace "Brown" with "Carbone"

On page 58, line 4, replace "2012 through 2014" with "2010 through 2012"